**Motion Granted; Appeal Dismissed and Memorandum Opinion filed June 5, 2012.**



In The

# Fourteenth Court of Appeals

## NO. 14-12-00386-CV

### UNION PACIFIC RAILROAD COMPANY, Appellant

### V.

### CHARLES SEBER AND BARBARA SEBER, Appellees

**On Appeal from the 113th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-64372**

## M E M O R A N D U M    O P I N I O N

On May 14, 2012, appellees Charles and Barbara Seber filed a motion to dismiss this appeal because the judgment was not final. On May 22, 2012, appellant Union Pacific Railroad filed a response to appellees' motion in which appellant agreed with appellees' motion and expressed no opposition to this court's dismissal of the appeal for lack of jurisdiction. We have reviewed the record and determined the summary judgment is not final.

Appellees' motion is granted and the appeal is dismissed.

PER CURIAM

Panel consists of Justices Frost, Jamison, and McCally.